IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-103-D

GEORGE ROBERT HANSON and )
MARY DARLENE HANSON, )
 )
          Appellants, )
 )
    v. ) **ORDER**
 )
MARJORIE K. LYNCH, Bankruptcy )
Administrator, )
 )
          Appellee. )

On July 2, 2013, appellants George Robert Hanson and Mary Darlene Hanson filed a motion to stay pending appeal [D.E. 19]. Appellee Marjorie K. Lynch responded in opposition [D.E. 23], and the Hansons replied [D.E. 24].

The court has considered motion, the response, the reply, and the entire record. The court agrees with the analysis in Judge Leonard's order of April 5, 2013, in which he discussed the governing standard and denied the Hanson's motion to stay pending appeal. See In re Hanson, No. 8:08-bk-704-ATS, [D.E. 378] (Bankr. E.D.N.C. Apr. 5, 2013). Nothing material has changed since April 5, 2013. The motion to stay pending appeal [D.E. 19] is DENIED.

SO ORDERED. This 31 day of July 2013.

                                            JAMES C. DEVER III
                                            Chief United States District Judge