IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-103-D

| | |
|---|---|
| GEORGE ROBERT HANSON and MARY DARLENE HANSON, | )<br>)<br>) |
| Appellants, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| MARJORIE K. LYNCH, Bankruptcy Administrator, | )<br>)<br>) |
| Appellee. | ) |

On August 9, 2013, appellants George Robert Hanson and Mary Darlene Hanson ("appellants") filed a motion for rehearing concerning their motion for stay during appeal [D.E. 29]. In the motion, appellants ask the court to revisit its order of July 31, 2013 [D.E. 27] and grant a stay pending appeal.

The court has reviewed the motion and the record. The court again has considered the governing standard. The court concludes that nothing material has changed since July 31, 2013. The motion for rehearing [D.E. 29] is DENIED.

SO ORDERED. This 27 day of September 2013.

JAMES C. DEVER III
Chief United States District Judge