AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| GEORGE ROBERT HANSON and MARY DARLENE HANSON, )<br>)<br>Appellants, )<br>)<br>v. )<br>)<br>) **JUDGMENT IN A CIVIL CASE**<br>MARJORIE K. LYNCH, ) **CASE NO. 7:13-CV-103-D**<br>**)**<br>Appellee. ) | |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Appeal [D.E. 1] is DISMISSED. The decision of the Bankruptcy Court is AFFIRMED. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **NOVEMBER 27, 2013** WITH A COPY TO:

George Robert Hanson and Mary Darlene Hanson (via USPS to 125 Chadwick Avenue, Wilmington, NC 28401)
Brian Behr (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| November 27, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |